**Melvin Abdullah EL–AMIN, Plaintiff–Appellant,**

v.

**INTERNATIONAL LONGSHORE-MEN'S ASSOCIATION, Local # 333, Inc.; International Longshoremen's Association, AFL–CIO; Harold J. Daggett, President, International Longshoremen's Association, AFL–CIO; Stephen Knott, General Vice President, International Longshoremen's Association, AFL–CIO; Clarence Pittman, Jr., ILA Local 1416; Nathaniel Maye, Jr., Financial Secretary Treasurer ILA Local 141, Defendants–Appellees.**

No. 13–2118.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 21, 2014.

Decided: Jan. 23, 2014.

Melvin Abdullah El–Amin, Appellant Pro Se. Kevin J. Marrinan, John P. Sheridan, Marrinan & Mazzola Mardon, PC, New York, New York; James Russell Rosenberg, Paul Douglas Starr, Abato, Rubenstein & Abato, Baltimore, Maryland; Jennifer Lynn Stair, Terrasa & Stair, PA, Baltimore, Maryland, for Appellees.

Before MOTZ, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Melvin Abdullah El–Amin appeals the district court's order granting summary judgment to his union and related defendants in his civil action. We have reviewed the record and find no reversible error. Accordingly, we deny El–Amin's motion for stay and supplemental motion for stay and affirm for the reasons stated by the district court. *El–Amin v. Int'l Longshoremen's Ass'n, Local # 333*, No. 1:13–cv–00820–CCB, 2013 WL 4541445 (D.Md. Aug. 26, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*